**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00477-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      MARCOS GUARDADO-PANUCO,

        Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a hearing on revocation of supervised release regarding Defendant Guardada-Panuco is set **Wednesday, February 1, 2012 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: December 30, 2011